

# Fourth Court of Appeals
## San Antonio, Texas

March 19, 2021

No. 04-21-00010-CV

Marcos **MORALES,**
Appellant

v.

**EGZ, LLC,**
Appellee

From the County Court, Guadalupe County, Texas
Trial Court No. 2020-CV-0298
Honorable Bill Squires, Judge Presiding

# O R D E R

The clerk's record was filed on February 4, 2021. Appellant filed a notice of appeal and an affidavit of indigence on January 8, 2021. The reporter's record was due on March 8, 2021. On March 16, 2021, Ms. Diana Vargas, the court reporter responsible for filing the record, filed a notice with this court stating that although she is aware of the affidavit of indigence, appellant has not paid or made arrangements to pay for the record.

If a party, the clerk, or the court reporter seek to require appellant to pay costs to prepare the record, we ORDER they must file a motion in accordance with Texas Rule of Civil Procedure 145(f)(1) or (3). The motion must be filed in the trial court and a copy must be filed with this court **not later than March 29, 2021**.

If a complying motion is not filed by the date ordered, Ms. Vargas is ORDERED to prepare and file the record without payment of costs **no later than April 19, 2021**. If a Rule 145(f) motion is timely filed, we ORDER the trial court to immediately set and give ten days' notice of an oral hearing on the motion. *See* TEX. R. CIV. P. 145(f)(5). Any hearing must be held not later than **April 19, 2021**. If the trial court orders appellant to pay any part of the costs, the court must make detailed findings that appellant can afford to pay them. *See id.* 145(f)(6), and a supplemental record containing the court's order and any written findings must be filed in this court within three days of the hearing.

We direct the clerk of this court to send a copy of appellant's January 8, 2021, Statement of Inability to Afford Payment of Court Costs and Affidavit together with this order to the parties, the trial court clerk, the court reporter, and the trial court.



Lori I. Valenzuela, Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of March, 2021.

MICHAEL A. CRUZ, Clerk of Court